AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert Logan Shoecraft III | ) | Case No. 8:25mj 3423-SPF |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/31/2025__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting Communication in Interstate Commerce with a Threat to Injure |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Melanie Lorenzo, FBI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 11/6/2025

_____
Judge's signature

City and state: Tampa, FL

Sean P. Flynn, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Melanie Lorenzo, having been duly sworn, hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been for approximately eleven years. In my capacity as an FBI Special Agent, I have investigated various crimes, including bank robberies, violent crimes against children, interstate threats, counterintelligence, and terrorist threats. I received training in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.

2. I submit this affidavit in support of a criminal complaint charging Robert Logan Shoecraft III ("**SHOECRAFT**"), a United States citizen currently residing in Tampa, Florida, with violating 18 U.S.C. § 875(c) (transmitting communication in interstate commerce with a threat to injure).

3. Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described in this affidavit are set forth in substance and in part, rather than verbatim.

## STATUTORY AUTHORITY

4. Title 18 United States Code Section 875(c) provides that "[w]hoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

## PROBABLE CAUSE

5. On October 31, 2025, Instagram user @champagnebobi813 sent a direct message to the Instagram account belonging to the wife of Federal Official 1, who resides in Washington, D.C. The message stated:

> You and your husband will be dragged through the streets like Mussolini and his bitch after all this is done. This is our country, and they will make sure you and your husband suffer for what you've done. You have no idea what's in store for you. I've been hearing some comments from some guys at my local range, and they're getting ready to Kirk you.

6. Based on publicly available information, I know that the reference to "Mussolini" is a reference to Benito Mussolini, the fascist leader of Italy during World War II. Mussolini and his mistress were publicly executed and then their corpses were abused. The reference to "Kirk" is a reference to Charlie Kirk, a conservative political commentator who was assassinated by a gunman on September 10, 2025. Thus, the message meant that Federal Official 1 and his wife would be murdered.

7. On November 1, Federal Official 1 reported the threat to federal law enforcement agents.

2

8.Information obtained through an Emergency Disclosure Request served on Meta, Inc. relating to the account @champagnebobi813 revealed the following:

Phone Number: 843-730-0667
Email Address: bobshoecraft3@gmail.com
Internet Protocol ("IP") Address: 2603:9000:6700:1e0b:4138:d2eb:8176:f478

9.Information obtained through an Emergency Disclosure Request served on Google relating to the email bobshoecraft3@gmail.com revealed the following:

Name Associated: Bob Shoecraft
Phone Number: 843-730-0667

10.Information obtained through an Emergency Disclosure Request served on Charter Communications for the IP Address: 2603:9000:6700:1e0b:4138:d2eb:8176:f478 revealed that the IP Address was registered to SHOECRAFT.

11.Information obtained through an Emergency Disclosure Request served on Verizon revealed that the phone number 843-730-0667 was registered to Robert L. SHOECRAFT.

12.Additional investigation revealed that in May 2024, Federal Official 2, in Georgia, received the following voicemail from the phone number 843-730-0667:

> Fuck you [Federal Official 2], you fucking stupid fucking cunt. I will speak to that fucking bullet in your head fucking big fucking cunt. Ooo I love that you were bodied too by those Democrats...we're coming for you, we're gonna fucking kill you. You're fucking done. Eat my dick bitch. Fuck. You think that liberals are gonna be walked over? Dude. There's people like me that are unhinged that will fucking end you. Eat a dick. Think that we're gonna be walked over? We have fucking guns too, you stupid cunt.

3

13. On July 23, 2024, SHOECRAFT was interviewed by law enforcement agents relating to this voicemail. In the interview, SHOECRAFT confirmed that his personal cell phone number as 843-730-0667 and that he made the threatening voicemail to Federal Official 2 after taking sleeping pills. At the time, SHOECRAFT was made aware of the consequences of additional threatening statements and advised he would not make any future calls.

14. On November 5, 2025, SHOECRAFT was interviewed at his residence in Tampa, Florida, by federal agents in connection with the Instagram message sent to the wife of Federal Official 1. When federal agents arrived, SHOECRAFT asked, "Is this about a drunk text I sent [wife of Federal Official 1]?"

15. SHOECRAFT admitted to sending the Instagram message to the wife of Federal Official 1. SHOECRAFT advised that he had been drinking and talking politics with his wife at the time. SHOECRAFT further explained that he edited the post approximately three times before sending it to Federal Official 1's wife. SHOECRAFT advised that he edited the message to not use the word "me" because he did not want to get in trouble.

16. When asked about the gun range, SHOECRAFT advised that he does not go to any gun range and this statement was completely fabricated. SHOECRAFT stated his intention was to let the recipients know that people were critical of their actions. SHOECRAFT stated that he does not feel like they [Federal Official 1 and his wife] are good people.

17. During the interview, SHOECRAFT advised he had no intention to harm himself, others, or assassinate anyone. SHOECRAFT acknowledged his previous voicemail left for Federal Official 2 and that he was admonished not to make any threatening statements.

## CONCLUSION

18. I respectfully submit that probable cause exists to believe that SHOECRAFT committed the offense of Transmitting communication in interstate commerce with a threat to injure, in violation of 18 U.S.C. § 875(c).

_____
Melanie Lorenzo
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 6th day of November 2025.

_____
HON. SEAN P. FLYNN
United States Magistrate Judge

5