

# EXHIBIT LIST

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

_____,

Plaintiff, **X**

v.

ROBERT SHOECRAFT, III

_____,

Defendant

**Case No.:**   8:25-mj-3423-SPF

☐ **X Evidentiary**
☐ **Trial**
☐ **Other**

## Government Exhibit List- Preliminary Hearing

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 11/7/2025 | 11/7/2025 | | | **Flashdrive of voicemail audio** |
| 2 | 11/7/2025 | 11/7/2025 | | | Image of direct message |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objections. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's stamp.