3:13

**Bob**
champagnebobi813

**Bob**
champagnebobi813
163 followers · 21 posts
You don't follow each other on Instagram

View profile

YESTERDAY 9:13 PM

> You and your husband will be dragged through the streets like Mussolini and his bitch after all this is done. This is our country, and they will make sure you and your husband suffer for what you've done. You have no idea what's in store for you. I've been hearing some comments from some guys at my local range, and they're getting ready to Kirk you.

Accept message request from Bob (champagnebobi813)?
If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

Block    Delete    Accept