UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-538-WFJ-NHA

ROBERT LOGAN SHOECRAFT, III

18 U.S.C. § 875(c)
(Threat to Injure)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Threat to injure)

On or about May 28, 2024, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT LOGAN SHOECRAFT, III,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, U.S. CONGRESSMEMBER 1, including "we're coming for you, we're gonna fucking kill you. You're fucking done" and "Think that we're gonna be walked over? We have fucking guns too, you stupid cunt," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## COUNT TWO
**(Threat to injure)**

On or about October 31, 2025, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT LOGAN SHOECRAFT, III,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, U.S. CITIZEN 1, including, "You and your husband will be dragged through the streets like Mussolini and his bitch after all this is done. This is our country, and they will make sure you and your husband suffer for what you've done. You have no idea what's in store for you. I've been hearing some comments from some guys at my local range, and they're getting ready to Kirk you," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1.  The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Joseph Wheeler, III
Special Assistant United States Attorney

By: _____
Courtney Derry
Assistant United States Attorney
Deputy Chief, Special Prosecutions Section

4

FORM OBD-34
November 25

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ROBERT LOGAN SHOECRAFT, III

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

_____
Foreperson

Filed in open court this 18th day

of November 2025.

_____
JEREMIAH SMITH Clerk

Bail $_____

GPO 863 525