UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Robert Logan Shoecraft, III
8:25-cr-00538-WFJ-NHA

| | |
|---|---|
| **Date**: October 26, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:00 PM–2:30 PM\| Total: 30 Mins | **Deputy Clerk**: Jamesia Underwood |
| | |
| **Government Counsel** | **Defense Counsel** |
| Joe Wheeler, AUSA | Mark Rankin, Ret. |

**Change of Plea Hearing**

Defendant sworn.

Notice of Maximum Penalty filed.

Court finds Defendant competent to enter a plea of guilty.

Defendant consents to magistrate judge presiding over change of plea.

Court advises Defendant of charges, penalties, and rights and reviews Indictment and Notice of Maximum Penalty.

Defendant admits factual basis as read by government from the Notice of Maximum Penalty.

Court finds facts admitted support essential elements of Counts One and Two.

Plea of guilty entered by Defendant as to Counts One and Two of the Indictment.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Referred to probation for presentence investigation.

Sentencing schedule to be determined.

Defendant directed to report to Probation for interview.

Bond continued.

Court in recess.