UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:25-cr-00538-WFJ-NHA

ROBERT LOGAN SHOECRAFT

# **REPORT AND RECOMMENDATION**
# **CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me, pursuant to Federal Rule of Criminal Procedure 11 and Middle District of Florida Local Rule 1.02, and has entered pleas of guilty to Counts One and Two of the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I find that he is entering his guilty pleas knowingly and voluntarily, and that the facts in the Notice of Maximum Penalty that he admitted in open court[1] form an independent factual basis that satisfies each of the essential elements of the offenses. Therefore, I recommend that his guilty pleas be accepted and

[1] The Defendant denied that, when he made either statement, he "intended it to be a true threat of violence," as stated on pages 2 and 4 of the Notice of Maximum Penalties (Doc. 68), but did admit that he "recognized that [each statement] would be viewed as a true threat of violence" (*see id.*, pp. 2, 4). These admissions are sufficient to satisfy the elements of each offense.

that the Defendant be adjudged guilty and sentenced accordingly.

**REPORTED** in Tampa, Florida, on October 26, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.